UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 | |
| SARAH BOYD, as Personal Representative of the Estate of JONATHAN BOYD, deceased, on behalf of the Estate and all Wrongful Death Beneficiaries,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　　-v.-<br><br>AMERICAN AIRLINES INC.<br>1 Skyview Dr.<br>Fort Worth, TX 76155<br><br>PSA AIRLINES, INC.<br>1 Terminal Dr.<br>Middletown, PA 17057<br><br>UNITED STATES OF AMERICA,<br>Pamela Bondi, in her official capacity as U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue N.W.<br>Washington, D.C. 20530-0001<br><br>　　　　　　　　　Defendants. | Lead Case No: 1:25-cv-03382-ACR<br><br>**SHORT FORM COMPLAINT** |

　　　　Plaintiff, SARAH BOYD, as Personal Representative of the Estate of JONATHAN BOYD, deceased, respectfully alleges as follows:

1

1. Plaintiff refers to and incorporates by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein.  Plaintiff adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set for here, if any: N/A.

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiff incorporates by reference each of the Causes of Action in the Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Second Cause of Action for Survival Based Upon Common Carrier Duty

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Sixth Cause of Action for Survival Based Upon Common Carrier Duty

☒        Seventh Cause of Action for Wrongful Death Based Upon Negligence

☒        Eighth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒        Ninth Cause of Action for Wrongful Death Based Upon Negligence

☒        Tenth Cause of Action for Survival Based Upon Negligence

## **PLAINTIFF'S INFORMATION:**

5.      Decedent, JONATHAN BOYD, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6.      JONATHAN BOYD resided in Maryland.

7.      Plaintiff SARAH BOYD is a citizen and resident of Maryland and was the lawful spouse of JONATHAN BOYD, deceased, at the time of his death.

8.      Plaintiff SARAH BOYD brings this lawsuit as Personal Representative of the Decedent's Estate, on behalf of the Decedent's Estate and any individual entitled to recover under applicable law.

9.      On or about February 24, 2025, the State of Maryland, Register of Wills for Charles County issued an order appointing SARAH BOYD Personal Representative of the Decedent's Estate. Therefore, she has standing to assert both wrongful death and survival claims on behalf of the Estate and all beneficiaries of JONATHAN BOYD and brings this lawsuit in her representative capacity.

**PLAINTIFF'S ADMINISTRATIVE CLAIM**

10. On or about March 3, 2025, June 27, 2025, and July 1, 2025 Plaintiff SARAH BOYD (and others), on behalf of herself and/or themselves, and the Estate of JONATHAN BOYD, deceased, served her and/or their initial administrative claims upon the FAA.

11. On or about March 3, 2025, and July 1, 2025 Plaintiff SARAH BOYD (and others), on behalf of herself and/or themselves, and the Estate of JONATHAN BOYD, deceased, served her and/or their initial administrative claims upon the United States Army ("Army").

12. The USA:

☐ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☒ the FAA denied Plaintiff's (and all) aforementioned claims on December 18, 2025 on behalf of both the FAA and Army.

**PLAINTIFF'S DAMAGES**

13. Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

☒ DECEDENT's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;

- ☒ the loss of the gross earning power of the DECEDENT;

- ☒ the loss of the full value of the life of the DECEDENT;

- ☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;

- ☒ the loss of financial support and contribution of the DECEDENT;

- ☒ loss of services;

- ☒ loss of inheritance;

- ☒ loss of accumulations;

- ☒ full pecuniary loss of the DECEDENT;

- ☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;

- ☒ loss of life's pleasures;

- ☒ loss of enjoyment of life of the DECEDENT;

- ☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;

- ☒ other necessary and reasonable expenses as a result of the DECEDENT's death;

- ☒ attorneys' fees, costs and other damages permitted under applicable laws;

- ☒ pre- and post-judgment interest on all damages as allowed by law;

- ☒ all costs of suit herein;

☒ such other and further relief as the Court shall deem just and proper;

☒ Other (specify):

## ADDITIONAL ALLEGATIONS, IF ANY

14. Decedent JONATHAN BOYD was 40 years old at the time of his death, and was a successful executive with Heffron Company, Inc., a commercial HVAC company. At the time of his death, the decedent JONATHAN BOYD was a loving husband, father, and son. Plaintiff, SARAH BOYD brings this action in her representative capacity as Personal Representative of the Decedent's Estate, on behalf of the Estate, and all potential wrongful death beneficiaries, including, Sarah Boyd (spouse of the Decedent); Wyatt Boyd (son of the Decedent); Reed Boyd (son of the Decedent); Mary Boyd (mother of the Decedent); and on behalf of anyone else entitled to recover under applicable law.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: December 23, 2025

        SPEISER KRAUSE, P.C.

        By:   /s/ Douglas A. Latto
            Douglas A. Latto
            (Bar ID: NY0672)
            Kenneth P. Nolan
            (applicant *pro hac vice*)
            Jeanne M. O'Grady
            (Bar ID: NY0673)
            Frank H. Granito, III
            (applicant *pro hac vice*)
            800 Westchester Avenue, Suite S-608
            Rye Brook, New York 10573
            (914) 220-5333
            dal@speiserkrause.com
            kpn@speiserkrause.com
            jog@speiserkrause.com

f3g@speiserkrause.com

Attorneys for Plaintiff